IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIIA TAKTASHEVA, | |
| Plaintiff, | Case No.: 1:25-cv-05268 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Chusheng |
| 2 | ODAWA |
| 3 | Zotfan |
| 4 | Hoshowpee |
| 5 | LMLFT |
| 6 | PINKUMA |
| 7 | Tushion |
| 8 | RunningBear |
| 9 | Lotupokon |
| 10 | innewgogo |
| 11 | Dascloud |
| 12 | SINGSTOUR |
| 13 | JOYSAY |
| 14 | Ripeau |
| 15 | Jueeco |
| 16 | DIY.HD |
| 17 | Fideen |
| 18 | Misitewu |
| 19 | JasonJon |
| 20 | Fstudio |

| | |
|---|---|
| 21 | Ollabaky |
| 23 | Rainnielove |
| 24 | Armanity |
| 25 | Yochoice |
| 26 | QeLen |
| 27 | lxooo |
| 29 | huizuqubaipinjiubaihuodian |
| 30 | Erjiu01 |
| 32 | Caikeny |
| 37 | HuashanTrading |
| 41 | XHFDD19 |
| 43 | Ksionmingse |
| 44 | hlgff |
| 45 | hgc996 |
| 46 | hongtao-1 |
| 47 | Yisharuier |
| 48 | CLS-GLOBAL |
| 49 | Jmjhy |
| 53 | jmcsy |
| 54 | Xiamenshiliyoupingfuzhuangyouxiangongsi |
| 55 | Xmyxyy |
| 56 | hldfc |
| 57 | DIGTIA |
| 58 | SLHKPNS |
| 59 | meiyazhen |
| 60 | ZZRZZR |
| 61 | FunHomie |
| 62 | CUPADA |
| 63 | VIGTRO |
| 64 | Moudou |
| 65 | Moudeng |
| 66 | JUMBEAR |
| 67 | Lijuanjuan-1 |
| 68 | KOCOART |
| 69 | KJIZMO |
| 70 | Coikll |
| 71 | litebear |
| 74 | familycozy |
| 76 | YELPLIFE |
| 77 | Elisha Sirw |
| 78 | Ofocam |
| 81 | VKPSCHJ |
| 82 | Sugar Life HDecor |
| 83 | Chen heng feng |

| | |
|---|---|
| 84 | LoiFa |
| 85 | DIYHOT |
| 87 | SEHANY |
| 88 | Vozoza |
| 89 | erosebridal |
| 90 | ZZAEO |
| 91 | foixnub |
| 94 | YOSIXH |
| 97 | Tamara Pol |
| 98 | Avnaalvl |
| 99 | Fisyme |
| 100 | LINMEIZHEN |
| 102 | ZOTONO |
| 103 | HAICH INTERNATIONAL |

DATED: June 25, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 25, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt